E-Filed: **1/28/09**
**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kim, et al.** ) | CASE NO. CV 08-0463-GHK (SSx) |
| )  Plaintiffs, ) | |
| ) | **DISMISSAL** |
| v. ) | |
| ) | |
| **Optional Capital, Inc. et al.,** ) | |
| ) | |
| )  Defendants. ) | |

    Pursuant to our Order dismissing Defendants Optional Capital, Inc. and Hwan Ook Yang on December 15, 2008, and our Order dismissing Defendant Yong Hoon Jang on January 27, 2009, Plaintiffs' case is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

DATED: January 28, 2009

_____
GEORGE H. KING
United States District Judge